United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>        Plaintiff,<br><br>  vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants._____/ | No. C 09-3016 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>        Plaintiff,<br><br>  vs.<br><br>SHASTA COUNTY, et al.,<br><br>        Defendants._____/ | No. C 09-3017 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>        Plaintiff,<br><br>  vs.<br><br>HENDERSON, et al.,<br><br>        Defendants._____/ | No. C 09-3018 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>        Plaintiff,<br><br>  vs.<br><br>CORRECTIONAL OFFICERS, et al.,<br><br>        Defendants._____/ | No. C 09-3019 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

United States District Court<br>For the Northern District of California

| | |
|---|---|
| JAMES LYNN O'HINES,<br><br>   Plaintiff,<br><br> vs.<br><br>LITTLETON, et al.,<br><br>   Defendants. / | No. C 09-3066 PJH (PR)<br><br>**ORDER OF DISMISSAL** |
| JAMES LYNN O'HINES,<br><br>   Plaintiff,<br><br> vs.<br><br>JEFF FREELAND, Warden,<br><br>   Defendant. / | C 09-3067 PJH (PR)<br><br>**ORDER OF DISMISSAL** |

These are civil rights cases filed pro se by a prisoner housed in Florence, Arizona. On the day the cases were opened the clerk informed him that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"). Plaintiff was informed that if he did not either pay the fees or file IFP applications within thirty days the cases would be dismissed. Plaintiff has not responded. These cases therefore are **DISMISSED** without prejudice. The clerk shall close these files.

**IT IS SO ORDERED.**

Dated: August 25, 2009.

              PHYLLIS J. HAMILTON
              United States District Judge

G:\PRO-SE\PJH\CR.09\O'HINES3016.DSM-IFP.wpd